| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| **Amanda G. Billyard**<br>**Financial Relief Law Center**<br>**1200 Main St. Ste G**<br>**Irvine, CA 92614**<br>**(714) 442-3349 Fax: (714) 361-5392**<br>California State Bar Number: **256838**<br>**abillyard@bwlawcenter.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for*: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>**Alfredo Herrera, Jr.**<br>Debtor(s). | CASE NO.: **6:15-bk-21413-MH**<br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (***check all that apply***):
   ☑ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☐ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on **1.13.16**.
   Plan payment amount(s): $400 per month beginning 12/23/15; and $845 per month beginning 1/23/16.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **0** %.

4. There have been **0** previous modification or suspension orders.
   Plan payments have been suspended for __ months and/or the plan has been extended for __ months.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 3015-1.05.MOTION.MODIFY.SUSPEND**

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage paid to Class 5 general unsecured creditors: ___%.

6. Proposed modification:
   ☑ Suspend *(indicate number of plan payments)* **5** plan payments.
   ☑ Extend the term by *(indicate number of months)* **5** month(s).
   ☐ Reduce the term by *(indicate number of months)* ___ month(s).
   ☐ Increase the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.
   ☐ Reduce the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect: **On September 28, 2016, Debtor was injured at work and was unable to work. He applied for Workers Comp/ temporary disability.**

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable **64** months after the first plan payment was due.

9. If this motion is granted:
   ☑ There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR
   ☐ The percentage paid to Class 5 general unsecured creditors will change from ___% to ___%.

Date: **December 12, 2016**    /s/ Amanda G. Billyard
                               Amanda G. Billyard
                               Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.
Date: **December 12, 2016**    /s/ Alfredo Herrera, Jr.
                               Alfredo Herrera, Jr.
                               Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1200 Main St. Ste G**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*):   **Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12.14.16 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 **Amanda G Billyard on behalf of Debtor Alfredo Herrera, Jr. abillyard@lawcenter.com, ecf@lawcenter.com,intake@lawcenter.com**
**Rod (MH) Danielson (TR) notice-efile@rodan13.com**
**Leslie M Klott on behalf of Creditor UNIVERSAL AMERICAN MTG bankruptcy@zievelaw.com**
**Leslie M Klott on behalf of Creditor Universal American Mortgage Company, LLC bankruptcy@zievelaw.com**
**Erin M McCartney on behalf of Creditor Universal American Mortgage Company, LLC bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com**
**United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**
**Andy C Warshaw on behalf of Debtor Alfredo Herrera, Jr. awarshaw@bwlawcenter.com, ecf@bwlawcenter.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On 12.14.16 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Mark D. Houle**
**United States Bankruptcy Court**
**Central District of California**
**3420 Twelfth Street, Suite 365 / Courtroom 303**
**Riverside, CA 92501-3819**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 14, 2016** | **Amanda G. Billyard** | **/s/ Amanda G. Billyard** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                       Page 3                        **F 3015-1.05.MOTION.MODIFY.SUSPEND**