Amanda G. Billyard (SBN No. 256838)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St., Suite G
Irvine, CA 92614
Office Phone: 714-442-3300
Direct Phone: 714-442-3349
Facsimile: 714-361-5392
abillyard@lawcenter.com

Attorney for Debtor(s)
ALFREDO HERRERA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALFREDO HERRERA<br><br>        Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 6:15-BK-21413-MH<br><br>CHAPTER 13<br><br>**SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>**<u>No Hearing Requested</u>** |

I,   ALFREDO HERRERA   , the Debtor herein, declare and state the following:

1.    On November 23, 2015, I filed a voluntary petition for protection under Chapter 13 of Title 11 of the United States Bankruptcy Code to save my home.

2.    My Chapter 13 Plan ("Plan") provides for the following:

    a.    The amount of each monthly plan payment is $400 per month beginning 12/23/2015 and $845 per month beginning 1/23/20106.  The due date is the 23rd of each month.  The plan provides for the payment of 100% of allowed claims for general unsecured creditors.

3.    On November 30, 2016, the Chapter 13 Trustee filed a motion to dismiss my case for failure to make plan payments.

4.    My financial condition has again changed since my case was filed, in the following material respects:

    a.    I was injured at work in and since my place of work is unable to accommodate my work restrictions, I was unable to return to work and applied for workers comp and temporary disability.  Attached to this Declaration is a copy of my worker's comp report and application as Exhibit "A".

5.    I have asked my attorney to advise the court that I only need a few months break from my plan payment to help get back on track financially.

6.    It is my intention to pay my plan payment, but due to my injury, I am asking the Court to give me 5 months of suspended payment to help my family arrange to get back on track, and to extend my Chapter 13 plan by 5 months.

7.    I am committed to making my chapter 13 bankruptcy plan feasible, and believe that I can still afford a plan payment, as long as my plan is suspended for 5 months.

8.    I am aware that for the preparation of this motion and representation at any hearing on this matter that my attorney is requesting additional fees and that, should my plan be allowed to continue, said amount will be paid by the Trustee through the administration of the plan.  I have no objection to the request for said additional fees.

I declare under penalty of perjury under the laws of the United States of America that I

have read the foregoing statement and it is true and correct to the best of my personal knowledge

and belief.

Executed this 12th day of December, 2016, at San Bernardino, California.

ALFREDO HERRERA

EXHIBIT "A"

# YORK

November 4, 2016

Alfredo Herrera
3760 American Elm Rd
San Bernardino, CA 92407

**RE:    Employee:**    Alfredo Herrera

## NOTICE REGARDING TEMPORARY DISABILITY BENEFITS

### PAYMENT START

York Risk Services Group, Inc. is handling your workers' compensation claim on behalf of Anson Industries Inc. This notice is to advise you of the status of disability benefits for your workers' compensation injury on the date shown above.

Payment for temporary disability is starting and your benefit check is being sent separately under separate cover in the amount of $1,612.04 for the period starting 10-24-2016 through 11-02-2016 and will continue until you are able to return to work, your medical condition becomes permanent and stationary or the applicable benefit cap of 104 weeks of benefits is reached. Your weekly compensation rate is $1,128.43 based on your earnings of $2,315.63 per week. Payments will be sent to you every two weeks on Tuesday. You may receive less if you are earning partial wages. The waiting period is included in this payment.

**In accordance with 8 CCR §9810 (n), York is unable to offer a secured encrypted electronic submission to you or your attorney of your benefit notices. Therefore, if either you or your attorney, if any, have previously notified us that you wish these notices sent to you electronically by completing item #8 on the Employee Claim Form (DWC-1), please be advised that your notices will continue to be sent to you by regular mail on the date they are required.**

Additional information may be found in the publication *Workers' Compensation in California: A Guidebook for Injured Workers.* A complete copy of the Guidebook may be obtained on the Division of Workers' Compensation website (**See URL below**) or by contacting an Information and Assistance (I&A) Officer of the Division of Workers' Compensation. The Temporary Disability benefit being paid to you is discussed in Chapter 5 of this Guidebook.

**Guidebook for Injured Workers:**
**http://www.dir.ca.gov/InjuredWorkerGuidebook/InjuredWorkerGuidebook.html**

**Chapter 5: Temporary Disability**
**http://www.dir.ca.gov/InjuredWorkerGuidebook/Chapter5.pdf**

RE:    **Alfredo Herrera**

.        **Page 2**

---

**The State of California requires that you be given the following information:**

You have a right to disagree with decisions affecting your claim. If you have any questions regarding the information provided to you in this notice, please call: Larry Hamby at (951) 231-6839. You also have the right to be represented by an attorney of your choice. However, if you are represented by an attorney, you should call your attorney, not the claims adjuster.

For information about the workers' compensation claims process and your rights and obligations, go to www.dwc.ca.gov or contact an information and assistance (I&A) officer of the state Division of Workers' Compensation. For recorded information and a list of offices, call (800)736-7401.

**PLEASE KEEP THIS NOTICE. IT CONTAINS IMPORTANT INFORMATION ABOUT YOUR WORKERS' COMPENSATION BENEFITS.**

Sincerely,

Larry Hamby
Senior Claims Examiner