Amanda G. Billyard (SBN No. 256838)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St., Suite G
Irvine, CA 92614
Direct Phone: (714) 442-3349
Facsimile: (714) 361-5392
Email: abillyard@bwlawcenter.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>ALFREDO HERRERA,<br><br>        Debtor. | Case No.: 6:15-BK-21413-MH<br><br>CHAPTER 13<br><br>**VOLUNTARY DISMISSAL OF DOC 39** |

**TO THE HONORABLE MARK D. HOULE UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that Debtor hereby voluntarily dismisses Document 39, filed 12/14/16, titled, MOTION TO MODIFY OR SUSPEND PLAN PAYMENTS along with the

accompanying declaration of debtor.  Debtor voluntarily dismisses this motion with the intention to refile the motion with additional and proper information.

DATED: December 29, 2016

                                             Respectfully Submitted,

                                             FINANCIAL RELIEF LAW CENTER

                                             /s/ Amanda G. Billyard
                                             Amanda G. Billyard, Esq.
                                             Attorneys for Debtor