Amanda G. Billyard (SBN No. 256838)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St., Suite G
Irvine, CA 92614
Office Phone: 714-442-3300
Direct Phone: 714-442-3349
Facsimile: 714-361-5392
abillyard@lawcenter.com

Attorney for Debtor(s)
ALFREDO HERRERA

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>ALFREDO HERRERA<br><br>            Debtor(s). | Case No.: 6:15-BK-21413-MH<br><br>CHAPTER 13<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>**No Hearing Requested** |

---

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
- 1 -

I, __ALFREDO HERRERA__, the Debtor herein, declare and state the following:

1. On November 23, 2015, I filed a voluntary petition for protection under Chapter 13 of Title 11 of the United States Bankruptcy Code to save my home.

2. My Chapter 13 Plan ("Plan") provides for the following:

   a. The amount of each monthly plan payment is $400 per month beginning 12/23/2015 and $845 per month beginning 1/23/2016. The due date is the 23rd of each month. The plan provides for the payment of 100% of allowed claims for general unsecured creditors.

3. On November 30, 2016, the Chapter 13 Trustee filed a motion to dismiss my case for failure to make plan payments, due to arrears in the amount of $1690, for two months past due.

4. My financial condition has again changed since my case was filed, in the following material respects:

   a. I was injured at work in and since my place of work is unable to accommodate my work restrictions, I was unable to return to work and applied for workers comp and temporary disability. Attached to this Declaration is a copy of my worker's comp report and application as Exhibit "A".

5. I have asked my attorney to advise the court that I only need a few months break from my plan payment to help get back on track financially.

6. It is my intention to pay my plan payment, but due to my injury, I am asking the Court to approve 5 months of suspended payments (from October 2016 to February 2017) to help my family arrange to get back on track.

7. My income on disability has been reduced to $2256.86 bi-weekly. I've attached as Exhibit "A" to this declaration a copy of my current income.

8. While this is insufficient to solely maintain my chapter 13 plan, my wife is now currently working, and she is earning a net income of $1084.59 twice a month. Her income is also attached within Exhibit "A". A declaration signed by her is included with this motion as well.

9. Moreover, I've also attached amended Schedules I and J to this declaration as Exhibit "B".

---

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS

- 2 -

10. Based upon the amended budget, I am able to afford my trustee payment, but for the time I was out of work injured and before I started to receive disability payments.

11. I have met and conferred with my attorney and based upon the combined income for both me and my wife, I am requesting that the Court suspend my bankruptcy payments for 5 months, beginning from October 2016 to February 2017.

12. Since my current payment is $845 per month, at 5 months, this would result in $4225 in missed payments, which I am then requesting that the Court add to the remainder of the 44 months in my plan.

13. Therefore, I am requesting that, beginning in March of 2017, that my trustee payment increase by approximately $95 per month.

14. I am committed to making my chapter 13 bankruptcy plan feasible, and believe that I can still afford an increase plan payment over the remainder of my bankruptcy term, based upon my amended and revised budget.

15. I am aware that for the preparation of this motion and representation at any hearing on this matter that my attorney is requesting additional fees and that, should my plan be allowed to continue, said amount will be paid by the Trustee through the administration of the plan. I have no objection to the request for said additional fees.

I declare under penalty of perjury under the laws of the United States of America that I have read the foregoing statement and it is true and correct to the best of my personal knowledge and belief.

Executed this 28th day of December, 2016, at San Bernardino, California.

ALFREDO HERRERA

---

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
- 3 -

EXHIBIT "A"



November 4, 2016

Alfredo Herrera
3760 American Elm Rd
San Bernardino, CA 92407

RE:   **Employee:**   Alfredo Herrera

## NOTICE REGARDING TEMPORARY DISABILITY BENEFITS

## PAYMENT START

York Risk Services Group, Inc. is handling your workers' compensation claim on behalf of Anson Industries Inc. This notice is to advise you of the status of disability benefits for your workers' compensation injury on the date shown above.

Payment for temporary disability is starting and your benefit check is being sent separately under separate cover in the amount of $1,612.04 for the period starting 10-24-2016 through 11-02-2016 and will continue until you are able to return to work, your medical condition becomes permanent and stationary or the applicable benefit cap of 104 weeks of benefits is reached. Your weekly compensation rate is $1,128.43 based on your earnings of $2,315.63 per week. Payments will be sent to you every two weeks on Tuesday. You may receive less if you are earning partial wages. The waiting period is included in this payment.

**In accordance with 8 CCR §9810 (n), York is unable to offer a secured encrypted electronic submission to you or your attorney of your benefit notices. Therefore, if either you or your attorney, if any, have previously notified us that you wish these notices sent to you electronically by completing item #8 on the Employee Claim Form (DWC-1), please be advised that your notices will continue to be sent to you by regular mail on the date they are required.**

Additional information may be found in the publication *Workers' Compensation in California: A Guidebook for Injured Workers*. A complete copy of the Guidebook may be obtained on the Division of Workers' Compensation website (See URL below) or by contacting an Information and Assistance (I&A) Officer of the Division of Workers' Compensation. The Temporary Disability benefit being paid to you is discussed in Chapter 5 of this Guidebook.

**Guidebook for Injured Workers:**
http://www.dir.ca.gov/InjuredWorkerGuidebook/InjuredWorkerGuidebook.html

**Chapter 5: Temporary Disability**
http://www.dir.ca.gov/InjuredWorkerGuidebook/Chapter5.pdf

RE: Alfredo Herrera

Page 2

---

**The State of California requires that you be given the following information:**

You have a right to disagree with decisions affecting your claim. If you have any questions regarding the information provided to you in this notice, please call: Larry Hamby at (951) 231-6839. You also have the right to be represented by an attorney of your choice. However, if you are represented by an attorney, you should call your attorney, not the claims adjuster.

For information about the workers' compensation claims process and your rights and obligations, go to www.dwc.ca.gov or contact an information and assistance (I&A) officer of the state Division of Workers' Compensation. For recorded information and a list of offices, call (800)736-7401.

**PLEASE KEEP THIS NOTICE. IT CONTAINS IMPORTANT INFORMATION ABOUT YOUR WORKERS' COMPENSATION BENEFITS.**


Sincerely,

Larry Hamby
Senior Claims Examiner

---

P.O. Box 619079, Roseville, CA 95661-9079 Phone: (951) 892-7200 Fax: (866) 548-2637 www.yorkrsg.com

Mailing Information:

HERRERA, ALFREDO
3760 AMERICAN ELM RD
SAN BERNARDINO, CA 92407

Claim Number:    ███████
Claimant:        Herrera, Alfredo
Date of Loss:    08/06/2016
Check Number:    10012
Check Date:      11/02/2016
Check Amount:    $1,612.04
Type of Payment: IP 2 - TTD

Location:        341 Anning Johnson 13250 Temple Avenue    of Anning Johnson Company
For Period:      10/24/2016 to 11/02/2016
Handling Office: 703-Riverside, Roseville, CA
Detail:          STARTING TTD PAYMENTS FROM 10-24-2016 TO PRESENT..

Mailing Information:

HERRERA, ALFREDO
3760 AMERICAN ELM RD
SAN BERNARDINO, CA 92407

Claim Number:
Claimant:           Herrera, Alfredo
Date of Loss:       08/06/2016
Check Number:       10017
Check Date:         11/16/2016
Check Amount:       $2,256.86
Type of Payment:    IP 2 - TTD

Location:           341 Anning Johnson 13250 Temple Avenue of Anning Johnson Company
For Period:         11/03/2016 to 11/16/2016
Handling Office:    703-Riverside, Roseville, CA

Mailing Information:

HERRERA, ALFREDO
3760 AMERICAN ELM RD
SAN BERNARDINO, CA 92407

Claim Number:
Claimant: Herrera, Alfredo
Date of Loss: 08/06/2016
Check Number: 10031
Check Date: 11/30/2016
Check Amount: $2,256.86
Type of Payment: IP 2 - TTD

Location: 341 Anning Johnson 13250 Temple Avenue of Anning Johnson Company
For Period: 11/17/2016 to 11/30/2016
Handling Office: 703-Riverside, Roseville, CA

Mailing Information:

HERRERA, ALFREDO
3760 AMERICAN ELM RD
SAN BERNARDINO, CA 92407

Claim Number:
Claimant: Herrera, Alfredo
Date of Loss: 08/06/2016
Check Number: 10047
Check Date: 12/14/2016
Check Amount: $2,256.86
Type of Payment: IP 2 - TTD

Location: 341 Anning Johnson 13250 Temple Avenue of Anning Johnson Company
For Period: 12/01/2016 to 12/14/2016
Handling Office: 703-Riverside, Roseville, CA

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)                                  Voucher #: 006513   Sort Order: 13

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 12-15-2016 | XXX-XX-1954 | 12-01-2016 | 12-15-2016 | 0661792 |

Federal Tax-Status M Allowances 2                                  State Tax-Status M Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 12-15-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 | FEDERAL INCOME | 55.63 | 1120.93 |
| | | | | | FICA - MEDICARE | 18.13 | 363.71 |
| | | | | | FICA - OASDI | 77.50 | 1555.17 |
| | | | | | CA INCOME TAX | 2.90 | 59.83 |
| | | | | | CA DISABILITY | 11.25 | 225.75 |
| Totals: | | | 86.67 | 1250.00 | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 33919 | 1084.59 | 1084.59 |

Net Pay YTD: 21757.99

| Totals: | | 1084.59 | | | Totals: | 165.41 | 3325.39 |

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR HOURS | 25083.38 | | | | | |
| Totals: | 25083.38 | | | Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                  mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

0661792
12-15-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC
5664 PRAIRIE CREEK DR SE
CALEDONIA, MI 49316

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:  GERALDINE HERRERA
3760 AMERICAN ELM RD
SAN BERNARDINO, CA 92407

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)                    Voucher #: 006257    Sort Order: 16

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 11-30-2016 | XXX-XX-1954 | 11-16-2016 | 11-30-2016 | 0659653 |

Federal Tax-Status M Allowances 2                                State Tax-Status M Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 11-30-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 | FEDERAL INCOME | 55.63 | 1065.30 |
|  |  |  |  |  | FICA - MEDICARE | 18.12 | 345.58 |
|  |  |  |  |  | FICA - OASDI | 77.50 | 1477.67 |
|  |  |  |  |  | CA INCOME TAX | 2.90 | 56.93 |
|  |  |  |  |  | CA DISABILITY | 11.25 | 214.50 |
| Totals: |  |  | 86.67 | 1250.00 |  |  |  |



| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 33919 | 1084.60 | 1084.60 |
|  |  |  | Net Pay YTD |
|  |  |  | 20673.40 |
| Totals: |  | 1084.60 | Totals: 165.40  3159.98 |

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR HOURS | 23833.38 |  |  |  |  |  |
| Totals: | 23833.38 |  |  | Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                    mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

0659653
11-30-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC                                                        AMOUNT
5664 PRAIRIE CREEK DR SE
CALEDONIA, MI 49316                                                        ** VOID **

Pay: Non-negotiable

To The
Order    GERALDINE HERRERA
Of:      3760 AMERICAN ELM RD
         SAN BERNARDINO, CA 92407

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)         Voucher #: 006047   Sort Order: 14

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 11-15-2016 | XXX-XX-1954 | 11-01-2016 | 11-15-2016 | 0656745 |

Federal Tax-Status M Allowances 2                                State Tax-Status M Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 11-15-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 | FEDERAL INCOME | 55.63 | 1009.67 |
| | | | | | FICA - MEDICARE | 18.13 | 327.46 |
| | | | | | FICA - OASDI | 77.50 | 1400.17 |
| | | | | | CA INCOME TAX | 2.90 | 54.03 |
| | | | | | CA DISABILITY | 11.25 | 203.25 |
| Totals: | | | 86.67 | 1250.00 | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 33919 | 1084.59 | 1084.59 |
| | | | Net Pay YTD |
| | | | 19588.80 |
| Totals: | | 1084.59 | |

Totals:                                                         165.41   2994.58

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR HOURS | 22583.38 | | | | | |
| Totals: | 22583.38 | | | Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                    mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

                                                                                0656745
                                                                                11-15-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC
5664 PRAIRIE CREEK DR SE                                                        AMOUNT
CALEDONIA, MI 49316
                                                                              ** VOID **

Pay: Non-negotiable

To The
Order    GERALDINE HERRERA
Of:      3760 AMERICAN ELM RD
         SAN BERNARDINO, CA 92407

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)                                    Voucher #: 005892    Sort Order: 16

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 10-31-2016 | XXX-XX-1954 | 10-16-2016 | 10-31-2016 | 0655490 |

Federal Tax-Status M Allowances 2                                    State Tax-Status M Allowances 2

| CURRENT EARNINGS DETAIL |  |  |  |  | DEDUCTIONS / TAXES |  |  |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 10-31-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 | FEDERAL INCOME | 55.63 | 954.04 |
|  |  |  |  |  | FICA - MEDICARE | 18.12 | 309.33 |
|  |  |  |  |  | FICA - OASDI | 77.50 | 1322.67 |
|  |  |  |  |  | CA INCOME TAX | 2.90 | 51.13 |
|  |  |  |  |  | CA DISABILITY | 11.25 | 192.00 |
| Totals: |  |  | 86.67 | 1250.00 |  |  |  |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 33919 | 1084.60 | 1084.60 |
|  |  |  | Net Pay YTD |
|  |  |  | 18504.21 |
| Totals: |  | 1084.60 | Totals: 165.40  2829.17 |

| Y-T-D EARNINGS |  | PAID TIME OFF |  | EMPLOYER CONTRIBUTIONS |  |  |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR HOURS | 21333.38 |  |  |  |  |  |
| Totals: | 21333.38 |  |  | Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                    mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

                                                                                0655490
                                                                                10-31-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC                                                     AMOUNT
5664 PRAIRIE CREEK DR SE
CALEDONIA, MI 49316                                                             ** VOID **

Pay: Non-negotiable

To The
Order
Of:    GERALDINE HERRERA
       3760 AMERICAN ELM RD
       SAN BERNARDINO, CA 92407

EXHIBIT "B"

Fill in this information to identify your case:

Debtor 1: **Alfredo Herrera, Jr.**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (If known): **6:15-bk-21413-MH**

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                                      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| Occupation | Iron worker | |
| Employer's name | Anning Johnson Company | Acrisure Of California, LLC |
| Employer's address | 13250 Temple Ave. City of Industry, CA 91746 | 5664 Prairie Creek Caledonia, MI 49316 |
| How long employed there? | 2.5 years | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,889.86 | $ 2,500.00 |
| 3. | **Estimate and list monthly overtime pay.** | +$ 975.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 5,864.86 | $ 2,500.00 |

Official Form 106I                                    **Schedule I: Your Income**                                    page 1

Debtor 1  **Alfredo Herrera, Jr.**                              Case number (*if known*)  **6:15-bk-21413-MH**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| | Copy line 4 here                                    4. | $ **5,864.86** | $ **2,500.00** |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **693.33** | $ **330.82** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **0.00** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **0.00** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **0.00** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **0.00** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ **693.33**    $ **330.82**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ **5,171.53**   $ **2,169.18**

8. **List all other income regularly received:**
   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ **0.00**   $ **0.00**
   8b. **Interest and dividends**   8b.   $ **0.00**   $ **0.00**
   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ **0.00**   $ **0.00**
   8d. **Unemployment compensation**   8d.   $ **0.00**   $ **0.00**
   8e. **Social Security**   8e.   $ **0.00**   $ **0.00**
   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ **0.00**   $ **0.00**
   8g. **Pension or retirement income**   8g.   $ **0.00**   $ **0.00**
   8h. **Other monthly income.** Specify: _____   8h.+   $ **0.00** +   $ **0.00**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ **0.00**   $ **0.00**

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ **5,171.53** + $ **2,169.18** = $ **7,340.71**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____                                          11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ **7,340.71**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                          **Schedule I: Your Income**                          page 2

**Fill in this information to identify your case:**

Debtor 1: **Alfredo Herrera, Jr.**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (If known): **6:15-bk-21413-MH**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____ MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 1 | ☐ No  ■ Yes |
   | Daughter | 6 | ☐ No  ■ Yes |
   | Parent | 57 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **2,440.00**

   If not included in line 4:
   - 4a. Real estate taxes    4a. $ **0.00**
   - 4b. Property, homeowner's, or renter's insurance    4b. $ **0.00**
   - 4c. Home maintenance, repair, and upkeep expenses    4c. $ **100.00**
   - 4d. Homeowner's association or condominium dues    4d. $ **120.00**
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Debtor 1    **Alfredo Herrera, Jr.**    Case number (if known)    **6:15-bk-21413-MH**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **250.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **120.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **200.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **1,500.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **100.00**
10. **Personal care products and services** — 10. $ **100.00**
11. **Medical and dental expenses** — 11. $ **150.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **700.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **185.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **363.00**
    - 17c. Other. Specify: Union Dues — 17c. $ **39.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **6,367.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **6,367.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **7,340.71**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **6,367.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **973.71**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.    Explain here: