Amanda G. Billyard (SBN 256838)
**FINANCIAL RELIEF LAW CENTER**
1200 Main St., Suite G
Irvine, CA 92614
Direct Phone: 714-442-3349
Facsimile: 714-361-5392
abillyard@bwlawcenter.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | ) Case No.: 6:15-BK-21413-MH |
| ALFREDO HERRERA | ) Chapter 13 |
| Debtor. | ) **CONTRIBUTION DECLARATION OF GERALDINE HERRERA IN SUPPORT OF DEBTOR'S MOTION TO MODIFY OR SUSPEND PLAN PAYMENTS** |

- 1 -

I, GERALDINE HERRERA, am married to the Debtor in the above instant action do hereby declare as follows:

1. I am over eighteen (18) years of age and am a citizen of the United States of America. I make this Declaration based upon the following facts, all of which are within my personal knowledge. If called upon as a witness, I could and would competently testify thereto.
2. On November 25, 2015, my husband filed for protection under the United States Bankruptcy Code.
3. My husband was injured at work earlier this year and suffered a financial set back.
4. My husband has filed a motion to modify or suspend his plan payment to give us a few months to get back on track.
5. Though he is receiving disability income now, it is less than what he had previously been earning. Therefore, we are in need of a few months of suspended plan payments to help us get back on track.
6. Nevertheless, my earnings are such that we can still afford our bankruptcy plan payment, and in fact, even an increased plan payment, to help us complete our bankruptcy plan in the remaining time frame allotted, not to exceed a total of 60 months.
7. I am employed at Acrisure of California, LLC and I earn approximately $2169 net earnings per month. A copy of my paychecks is attached hereto as Exhibit "A".
8. Our amended budget shows that, with my earnings, we are able to afford an increased plan payment up to $123 more per month. See Exhibit "B." If the Court approves this motion, the plan payment would increase aby approximately $95 per month.
9. It is our goal to save our home and it is my full intention to assist my family in this effort and utilize all of the income I have at my disposable.

- 2 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Executed this 29th day of DECEMBER, 2016 at San Bernardino California.

_____
GERALDINE HERRERA
Debtor

- 3 -

# EXHIBIT "A"

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)                        Voucher #: 006513   Sort Order: 13

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 12-15-2016 | XXX-XX-1954 | 12-01-2016 | 12-15-2016 | 0661792 |

Federal Tax-Status M Allowances 2                                       State Tax-Status M Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 12-15-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 | FEDERAL INCOME | 55.63 | 1120.93 |
| | | | | | FICA - MEDICARE | 18.13 | 363.71 |
| | | | | | FICA - OASDI | 77.50 | 1555.17 |
| | | | | | CA INCOME TAX | 2.90 | 59.83 |
| | | | | | CA DISABILITY | 11.25 | 225.75 |
| Totals: | | | 86.67 | 1250.00 | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 33919 | 1084.59 | 1084.59 |
| | | | Net Pay YTD |
| | | | 21757.99 |
| Totals: | | 1084.59 | |

Totals: 165.41  3325.39

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR HOURS | 25083.38 | | | | | |
| Totals: | 25083.38 | | | Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                  mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

0661792
12-15-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC
5664 PRAIRIE CREEK DR SE
CALEDONIA, MI 49316

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:   GERALDINE HERRERA
                  3760 AMERICAN ELM RD
                  SAN BERNARDINO, CA 92407

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)     Voucher #: 006257   Sort Order: 16

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 11-30-2016 | XXX-XX-1954 | 11-16-2016 | 11-30-2016 | 0659653 |

Federal Tax-Status M Allowances 2                                    State Tax-Status M Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-30-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 |
| | Totals: | | 86.67 | 1250.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 55.63 | 1065.30 |
| FICA - MEDICARE | 18.12 | 345.58 |
| FICA - OASDI | 77.50 | 1477.67 |
| CA INCOME TAX | 2.90 | 56.93 |
| CA DISABILITY | 11.25 | 214.50 |
| Totals: | 165.40 | 3159.98 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 33919 | 1084.60 |
| Totals: | | 1084.60 |

**Net Pay**: 1084.60

**Net Pay YTD**: 20673.40

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR HOURS | 23833.38 |
| Totals: | 23833.38 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

0659653
11-30-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC
5664 PRAIRIE CREEK DR SE
CALEDONIA, MI 49316

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of: GERALDINE HERRERA
3760 AMERICAN ELM RD
SAN BERNARDINO, CA 92407

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2038)   Voucher #: 006047   Sort Order: 14

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 11-15-2016 | XXX-XX-1954 | 11-01-2016 | 11-15-2016 | 0656745 |

Federal Tax-Status M Allowances 2                                    State Tax-Status M Allowances 2

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 11-15-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 |
| | Totals: | | 86.67 | 1250.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| FEDERAL INCOME | 55.63 | 1009.67 |
| FICA - MEDICARE | 18.13 | 327.46 |
| FICA - OASDI | 77.50 | 1400.17 |
| CA INCOME TAX | 2.90 | 54.03 |
| CA DISABILITY | 11.25 | 203.25 |
| Totals: | 165.41 | 2994.58 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 33919 | 1084.59 |
| Totals: | | 1084.59 |

**Net Pay**: 1084.59
**Net Pay YTD**: 19588.80

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR HOURS | 22583.38 |
| Totals: | 22583.38 |

PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                    mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

0656745
11-15-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC
5664 PRAIRIE CREEK DR SE
CALEDONIA, MI 49316

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:  GERALDINE HERRERA
                 3760 AMERICAN ELM RD
                 SAN BERNARDINO, CA 92407

ACRISURE OF CALIFORNIA, LLC - MAIN-CUMBRE (2058)                             Voucher #: 005892   Sort Order: 16

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| GERALDINE HERRERA - (X02470) | 10-31-2016 | XXX-XX-1954 | 10-16-2016 | 10-31-2016 | 0655490 |

Federal Tax-Status M Allowances 2                                           State Tax-Status M Allowances 2

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/Units | Amount | Description | Amount | Y-T-D |
| 10-31-2016 | REGULAR HOURS | 14.4225 | 86.67 | 1250.00 | FEDERAL INCOME | 55.63 | 954.04 |
| | | | | | FICA - MEDICARE | 18.12 | 309.33 |
| | | | | | FICA - OASDI | 77.50 | 1322.67 |
| | | | | | CA INCOME TAX | 2.90 | 51.13 |
| | | | | | CA DISABILITY | 11.25 | 192.00 |



| Totals: | | 86.67 | 1250.00 | | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 33919 | 1084.60 | 1084.60 |

Net Pay YTD: 18504.21

| Totals: | | 1084.60 | | Totals: | 165.40 | 2829.17 |

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR HOURS | 21333.38 | | | | | |

| Totals: | 21333.38 | | | Totals: | 0.00 | 0.00 |

VOID AFTER 60 DAYS

Check Build Version: CPR204                                        mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

0655490
10-31-2016

DIRECT-LINK HOLDING GROUP
ACRISURE OF CALIFORNIA, LLC
5664 PRAIRIE CREEK DR SE                                                              AMOUNT
CALEDONIA, MI 49316
                                                                                    ** VOID **

Pay: Non-negotiable

To The
Order
Of:   GERALDINE HERRERA
      3760 AMERICAN ELM RD
      SAN BERNARDINO, CA 92407

# EXHIBIT "B"

Fill in this information to identify your case:

Debtor 1: **Alfredo Herrera, Jr.**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: **6:15-bk-21413-MH**
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | Iron worker |  |
| Employer's name | Anning Johnson Company | Acrisure Of California, LLC |
| Employer's address | 13250 Temple Ave.<br>City of Industry, CA 91746 | 5664 Prairie Creek<br>Caledonia, MI 49316 |
| How long employed there? | 2.5 years |  |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **4,889.86** | $ **2,500.00** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **975.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **5,864.86** | $ **2,500.00** |

Official Form 106I                              **Schedule I: Your Income**                              page 1

Debtor 1  **Alfredo Herrera, Jr.**                                                                 Case number (*if known*)  **6:15-bk-21413-MH**

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---:|---:|
|  | **Copy line 4 here** | 4. | $ 5,864.86 | $ 2,500.00 |

5. **List all payroll deductions:**
   - 5a. **Tax, Medicare, and Social Security deductions**    5a.  $ 693.33    $ 330.82
   - 5b. **Mandatory contributions for retirement plans**    5b.  $ 0.00    $ 0.00
   - 5c. **Voluntary contributions for retirement plans**    5c.  $ 0.00    $ 0.00
   - 5d. **Required repayments of retirement fund loans**    5d.  $ 0.00    $ 0.00
   - 5e. **Insurance**    5e.  $ 0.00    $ 0.00
   - 5f. **Domestic support obligations**    5f.  $ 0.00    $ 0.00
   - 5g. **Union dues**    5g.  $ 0.00    $ 0.00
   - 5h. **Other deductions.** Specify: _____    5h.+  $ 0.00  + $ 0.00

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.  $ 693.33    $ 330.82

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.  $ 5,171.53    $ 2,169.18

8. **List all other income regularly received:**
   - 8a. **Net income from rental property and from operating a business, profession, or farm**
     Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.  $ 0.00    $ 0.00
   - 8b. **Interest and dividends**    8b.  $ 0.00    $ 0.00
   - 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
     Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.  $ 0.00    $ 0.00
   - 8d. **Unemployment compensation**    8d.  $ 0.00    $ 0.00
   - 8e. **Social Security**    8e.  $ 0.00    $ 0.00
   - 8f. **Other government assistance that you regularly receive**
     Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
     Specify: _____    8f.  $ 0.00    $ 0.00
   - 8g. **Pension or retirement income**    8g.  $ 0.00    $ 0.00
   - 8h. **Other monthly income.** Specify: _____    8h.+  $ 0.00  + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.  $ 0.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.    10.  $ 5,171.53  + $ 2,169.18  = $ 7,340.71
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.  $ 7,340.71
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                                      **Schedule I: Your Income**                                      page 2

**Fill in this information to identify your case:**

Debtor 1: **Alfredo Herrera, Jr.**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (If known): **6:15-bk-21413-MH**

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.  ☒ Yes  Fill out this information for each dependent.......
   
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 1 | ☐ No ☒ Yes |
   | Daughter | 6 | ☐ No ☒ Yes |
   | Parent | 57 | ☐ No ☒ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☒ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ **2,440.00**

   **If not included in line 4:**

   4a. Real estate taxes   4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance   4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses   4c. $ **100.00**
   4d. Homeowner's association or condominium dues   4d. $ **120.00**

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ **0.00**

| Debtor 1 | **Alfredo Herrera, Jr.** | | Case number (if known) | **6:15-bk-21413-MH** |
|---|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **250.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **120.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **200.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **1,500.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **100.00**
10. **Personal care products and services** — 10. $ **100.00**
11. **Medical and dental expenses** — 11. $ **150.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **700.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **185.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **363.00**
    - 17c. Other. Specify: **Union Dues** — 17c. $ **39.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **6,367.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **6,367.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **7,340.71**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **6,367.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **973.71**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.   Explain here: