| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br>[X] Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Chapter: 13<br>Case Number: **6:15-bk-21413-MH** |
|---|---|
| In re:   **ALFREDO HERRERA, JR.**<br><br>Debtor(s) | **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** |

The undersigned Chapter 13 Trustee, having reviewed the Motion to Modify/Suspend Plan Payments (the "Application") filed:**12/29/2016** as docket entry number **48** provides the following response to the Application:

SUMMARY OF REQUESTED RELIEF:

[X] APPROVE ON THE FOLLOWING CONDITIONS:

TRUSTEE'S RECOMMENDATION: Given the significant mortgage arrears, post-petition plan and mortgage payment defaults, the high monthly mortgage payment amount, and debtor's uncertain income situation, it is appropriate that the Trustee commence making the on-going mortgage payments to the 1st trust deed holder commencing in February 2017. While this modification will not address all of the Trustee's feasibility concerns (as well as the "equal monthly payment issue of 11 U.S.C. 1325(a)(5)(B)), it should increase the likelihood that debtors' plan will succeed. Therefore, the Trustee recommends approval of the motion as follows: 3 months of plan payments are suspended (October through December 2016); the plan payment amounts for January and February 2017 are increased to $2,610.00; increasing again to $3,550.00 in March 2017. The Trustee will commence making the on-going mortgage payments in the amount of $2,440.00 per month to Universal American Mortgage in February 2017. The plan base is increased to $211,675.00. Not later than 10 days after entry of the order approving this motion, debtor shall submit to the Trustee the correct mailing address and account number for the on-going mortgage payments. No other changes to the plan.

**Counsel for debtor shall submit an order on this application via LOU.**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - RD
June 2012

Dated: 1/3/2017

_____
Rod Danielson, Chapter 13 Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - RD
June 2012

**F 9013-3.1.PROOF.SERVICE**

| In re: **ALFREDO HERRERA, JR.** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:15-bk-21413-MH** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service Information continued on attached page

**2.   SERVED BY UNITED STATES MAIL:**
On **1/3/2017,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor | Co-Debtor |
|---|---|---|
| ALFREDO HERRERA, JR.<br>3760 AMERICAN ELM RD.<br>SAN BERNARDINO, CA  92407 | FINANCIAL RELIEF LAW CENTER<br>1200 MAIN ST, STE G<br>IRVINE, CA  92614 | |

☐ Service Information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/3/2017 | Krystal Pererya | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - RD
June 2012

**F 9013-3.1.PROOF.SERVICE**