| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Amanda G. Billyard (SBN 256838)<br>Financial Relief Law Center<br>1200 Main St., Suite G<br>Irvine, CA 92614<br>Phone: (714) 442-3349<br>Facsimile: (714) 361-5392<br>Email: abillyard@bwlawcenter.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 24 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY romero    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*RIVERSIDE* DIVISION**

| In re: ALFREDO HERRERA, JR.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:15-bk-21413-MH<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

Based on Debtor's motion filed on (*date*) 12.29.16 as docket entry number 48 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐    Granted            ☐    Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: January 24, 2017

*[signature]*
Mark Houle
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3015-1.14.ORDER.CH13.GENRL**