Case 6:15-bk-21413-MH    Doc 72    Filed 06/02/17    Entered 06/02/17 11:10:53    Desc
Main Document    Page 1 of 1
Order on Chapter 13 Debtor's Motion - Page 1

F 3015-1.14

| In re: ALFREDO HERRERA, JR. | Chapter: 13 |
|---|---|
| Debtor(s) | Case Number: **6:15-bk-21413-MH** |

ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501-3332
(951) 826-8000   FAX (951) 826-8090

☐ Attorney for

☒ Chapter 13 Trustee

ENTERED
JUN - 2 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FOR COURT USE ONLY

FILED
JUN - 2 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

Chapter: 13
Case Number: **6:15-bk-21413-MH**

In re: ALFREDO HERRERA, JR.

LODGED
JUN - 1 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Debtor(s)

(No Hearing Required)

## ORDER DISMISSING CHAPTER 13 CASE

The court having reviewed the Trustee's declaration in support of motion to dismiss and being familiar with the contents of the court's file and good cause appearing:

IT IS HEREBY ORDERED that the Trustee's motion is GRANTED, and the case is dismissed, without prejudice.

Dated: JUN - 2 2017

_____
United States Bankruptcy Judge